**JS–6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DAWN STEVENS

         Plaintiff(s),

    v.

BELLA CASA, LLC , et al.



         Defendant(s).

CASE NO:
2:26–cv–01315–FMO–AS


**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

    Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated The 20th of April 2026       _____/s/_____
                                   Fernando M. Olguin
                         United States District Judge